# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Center City Healthcare, LLC<br>       Debtor<br>_____ | Bankruptcy Case No.: 19−11466−MFW<br><br>Bankruptcy Chapter: 11 |
| Center City Healthcare, LLC<br>Hahnemann University Hospital<br>       Plaintiff<br><br>       vs.<br><br>Exactech Inc.<br><br>       Defendant(s) | Adv. Proc. No.: 21−50773−MFW |

**ENTRY OF DEFAULT**

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Exactech Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_Una O'Boyle_
Una O'Boyle, Clerk of Court

Date: 12/29/21                                                By: Donna Capell, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Center City Healthcare, LLC,
    Plaintiff

Adv. Proc. No. 21-50773-MFW

Exactech Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: van431 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Center City Healthcare, LLC, 230 North Broad Street, Philadelphia, PA 19102-1121 |
| dft | + | Exactech Inc., 2320 NW 66th Court, Gainesville, FL 32653-1630 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 29 2021 20:07:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 29 2021 20:07:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

**Name**    **Email Address**

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 29, 2021 | Form ID: van431 | Total Noticed: 4

John D. Demmy
              on behalf of Plaintiff Center City Healthcare  LLC john.demmy@saul.com, robyn.warren@saul.com

TOTAL: 1